UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 13-mj-00046-GPG

UNITED STATES OF AMERICA,
Plaintiff,

vs.

CAITLIN LONCARICH,
Defendant.

---

Addendum to Judgment in a Criminal Case

---

Drug Testing is suspended, based on the court's determination that the defendant poses a low risk of substance abuse.

_____ 10/15/14
Gordon P. Gallagher
Magistrate Judge