IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Docket No: 13-mj-00046-GPG-01



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

CAITLIN A. LONCARICH

    Defendant.

---

**ORDER TERMINATING PROBATION
PRIOR TO ORIGINAL EXPIRATION DATE**

---

    On September 30, 2014, the above defendant was placed on probation for one year. The defendant has complied with the rules and regulations of probation and is no longer in need of supervision. Accordingly, it is

    ORDERED that the defendant be discharged from probation and that the proceedings in the case be terminated.

    DATED at Grand Junction, Colorado, this 27th day of April, 2015.

                    BY THE COURT:

                    Gordon P. Gallagher
                    United States Magistrate Judge